No. 5943.

STATE OF LOUISIANA vs. A. C. BANKS.

Defendant moves to dismiss this appeal because this court is without jurisdiction *ratione materiæ.*

The Supreme Court has jurisdiction in questions of law only in criminal cases "whenever the punishment of death, or imprisonment at hard labor, or a fine exceeding three hundred dollars is actually imposed." This case is a criminal one, where no punishment has actually been imposed. The motion must prevail.

APPEAL from the Twelfth District Court, parish of Winn. Criminal case. *Daniel B. Gorham,* District Attorney, for plaintiff and appellant. *Jack Pierson* and *S. M. Brian,* for defendant and appellee.

WYLY, J. The indictment, charging defendant with the crime of embezzlement, was quashed, on motion to that effect, as being barred by

prescription. Thereupon the State, by the District Attorney, took an appeal.

Defendant moves to dismiss this appeal because this court is without jurisdiction *ratione materiæ.*

The Supreme Court has jurisdiction in questions of law only in crimi-nal cases, "whenever the punishment of death, or imprisonment at hard labor, or a fine exceeding three hundred dollars, is actually imposed." Constitution, article 74.

The case at bar is a criminal case where no punishment whatever has actually been imposed. The motion must prevail. See 22 An. 564.

It is therefore ordered that the appeal herein be dismissed at appel-lant's costs.